No. 66133.—Richter Bros., Inc. *v.* United States, protest 60/29470 (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.